CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARY PENNINGTON, et al.            )
                                   )
                                   )
                                   )
          Plaintiff                )
                                   )
                                   )
       v.                          )     Civil Case Number 07-2274 (RMC)
                                   )
                                   )
MERCK & CO., INC.                  )     Category    B
                                   )
                                   )
          Defendant                )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 21, 2007</u> from <u>Judge Ellen S. Huvelle</u> to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Judge Huvelle</u> & Courtroom Deputy
      <u>Judge Collyer</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk