**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY PENNINGTON,** *et al.*,    ) | |
|      ) | |
|     **Plaintiffs,**     ) | |
|      ) | |
| **v.**     ) | **Civil Action No. 07-2274 (RMC)** |
|      ) | |
| **MERCK & CO., INC.,**     ) | |
|      ) | |
|     **Defendant.**     ) | |
|      ) | |

## ORDER

Having considered the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 and finding that there is good cause to grant the requested relief, it is hereby

**ORDERED** that Defendants's Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1657 [Dkt. # 6] is **GRANTED**; and it is

**FURTHER ORDERED** that this action is hereby **STAYED** in its entirety pending the transfer of this action to the United States District Court for the Eastern District of Louisiana.

**SO ORDERED**.

Date: January 3, 2008

                       /s/

ROSEMARY M. COLLYER
United States District Judge